**The S. C. Beckwith Special Agency, appellant, v. Manuel Mandel et al., appellees. Gen. No. 25,010.**

Action of assumpsit to recover for advertising. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed March 9, 1920.

Isadore S. Blumenthal, for appellant; Oscar M. Wolff, of counsel. Joseph F. Grossman, for appellees.

Mr. Justice Gridley delivered the opinion of the court.

---

**Edward C. Waller, appellee, v. Oscar J. Friedman, appellant. Gen. No. 25,034.**

Action for money had and received. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Joseph P. Rafferty, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed March 9, 1920. Rehearing denied April 1, 1920. *Certiorari* denied by Supreme Court (making opinion final).

Clarence Darrow, Herbert J. Friedman, Charles P. Schwartz and Ulysses S. Schwartz, for appellant. Thomas B. Lantry, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

**McNeil & Higgins Company, appellant, v. Alex Feuereisen, appellee. Gen. No. 25,042.**

Action to recover on guaranty. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Harry M. Fisher, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed and remanded. Opinion filed March 9, 1920.

Oscar E. McGlasson, for appellant. Edward H. Luebeck, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

**William D. Johnson, appellee, v. Frank C. Patten, appellant. Gen. No. 25,050.**

Action of trover and conversion of coupon notes. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. George F. Barrett, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed on remittitur. Opinion filed March 9, 1920.

George W. Brown, for appellant. Johan Waage, for appellee.

Mr. Justice Gridley delivered the opinion of the court.